Hon. Ronald B. Leighton

FILED ___ LODGED
___ RECEIVED
AUG 30 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BANCROFT LIFE & CASUALTY ICC, LTD., a corporation organized under the laws of St. Lucia,

Plaintiff,

v.

CESAR SCOLARI, an individual,

Defendant.

Case No.: 3:11-cv-5017

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF TO PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIMS

## ORDER

Upon the Motion of Defendant, Cesar Scolari, and for good cause shown, IT IS HEREBY ORDERED that the Defendant may file a Sur-Reply Brief to the Plaintiff's Motion to Dismiss Amended Counterclaims within one week of this Order.

Dated this 30th day of August, 2011.

_____
Ronald B. Leighton
United States District Judge

[PROPOSED] ORDER RE DEF'S MOTION
TO FILE SUR-REPLY TO PLTF'S MTN TO DISMISS - 1

CHICOINE & HALLETT, P.S.
719 SECOND AVE., SUITE 425
SEATTLE, WA 98104
(206) 223-0800 FAX (206) 467-8170

1 | Respectfully submitted,

2 | CHICOINE & HALLETT, P.S.

3 |

4 | *s/John M. Colvin*
John M. Colvin, WSBA# 20930

5 | Attorney for Defendant Cesar Scolari
719 Second Avenue, Suite 425

6 | Seattle, WA 98104
TEL: 206-223-0800

7 | FAX: 206-467-8170
Email: jcolvin@c-hlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER RE DEF'S MOTION
TO FILE SUR-REPLY TO PLTF'S MTN TO DISMISS - 2

CHICOINE & HALLETT, P.S.
719 SECOND AVE., SUITE 425
SEATTLE, WA 98104
(206) 223-0800  FAX (206) 467-8170