Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BANCROFT LIFE & CASUALTY ICC, LTD., a corporation organized under the laws of St. Lucia,

        Plaintiff,

    v.

CESAR SCOLARI, an individual,

        Defendant.

Case No.: 3:11-cv-5017RBL

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFF'S MOTION TO COMPEL (#117)

### ORDER

Upon the Motion of Defendant, Cesar Scolari, and for good cause shown, IT IS HEREBY ORDERED that the Defendant may file its Sur-Reply Re: Plaintiff's Motion To Compel.

Dated this 16th day of August, 2012.

_____
Ronald B. Leighton
United States District Judge

[PROPOSED] ORDER RE: DEF'S
MOTION TO FILE SUR-REPLY - 1     3:11-cv-5017RBL

CHICOINE & HALLETT, P.S.
719 SECOND AVE., SUITE 425
SEATTLE, WA 98104
(206) 223-0800  FAX (206) 467-8170

1    Respectfully submitted,

2    CHICOINE & HALLETT, P.S.

3

4    *s/John M. Colvin*
     John M. Colvin, WSBA# 20930

5    Attorney for Defendant Cesar Scolari
     719 Second Avenue, Suite 425

6    Seattle, WA 98104
     TEL: 206-223-0800

7    FAX: 206-467-8170
     Email: jcolvin@c-hlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER RE: DEF'S
MOTION TO FILE SUR-REPLY - 2          3:11-cv-5017RBL